No. 83–5907. ISELEY *v.* PENNSYLVANIA. Appeal from Sup. Ct. Pa. Motion of appellant for leave to proceed *in forma pauperis* denied. Appellant is allowed until May 14, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit a statement as to jurisdiction in compliance with Rule 33 of the Rules of this Court. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS would dismiss the appeal. *Molinaro* v. *New Jersey,* 396 U. S. 365 (1970).

No. 83–6342. IN RE FENTON. Petition for writ of mandamus denied.

No. 83–1466. SUPREME COURT OF NEW HAMPSHIRE *v.* PIPER. Appeal from C. A. 1st Cir. Probable jurisdiction noted.

No. 83–1378. KAVANAUGH, SUPERINTENDENT, BLACKBURN CORRECTIONAL COMPLEX, ET AL. *v.* LUCEY. C. A. 6th Cir. Certiorari granted.

No. 83–1437. MAREK ET AL. *v.* CHESNY, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF CHESNY. C. A. 7th Cir. Certiorari granted.

No. 83–910. GENERAL TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS, LOCAL 249 *v.* PENNSYLVANIA TRUCK LINES, INC. C. A. 3d Cir. Certiorari denied.

No. 83–1080. IOWA POWER & LIGHT CO. *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–1117. LAWSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–1144. GARMON ET AL. *v.* GALVAN. C. A. 5th Cir. Certiorari denied.